UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN STATE PAINTERS INSURANCE FUND, TRUSTEES OF MICHIGAN STATE PAINTERS INSURANCE FUND, PAINTERS UNION LOCAL NO. 1052 PENSION TRUST FUND, TRUSTEES OF PAINTERS UNION LOCAL NO. 1052 PENSION TRUST FUND, and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, DISTRICT COUNCIL 1M,

        Plaintiffs,

v.

BONDHARD, L.L.C. and AUGUSTINE J. ARREGUIN aka AJ ARREGUIN,

        Defendants.
_____/

Case No. 23-1191

Hon. Jane M. Beckering

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Plaintiffs move this Honorable Court, under Rule 55(b) of the Federal Rules of Civil Procedure, to issue a default judgment in favor of Plaintiffs and against Defendants BondHard, L.L.C. ("BondHard") and Augustine J. Arreguin ("Arreguin"), for the reasons set forth below, pursuant to the Complaint and Affidavit of Jeffrey M. Lesser attached as Exhibit A and the Consent to Entry of Default Judgment attached as Exhibit B.

    1. This action was initiated on November 8, 2023, seeking payment of delinquent fringe benefit contributions and related indebtedness to the Michigan State

Painters Insurance Fund, Painters Union Local No. 1052 Pension Trust Fund and International Union of Painters and Allied Trades, District Council 1M ("Plaintiffs"), as disclosed in an audit of BondHard.

2. Defendants maintain indebtedness to Plaintiffs in the amount of $19,225.70 consisting of $11,157.16 in fringe benefit contributions disclosed in a March 17, 2023 audit billing covering work performed from October 2019 through June 2021, $2,171.31 in liquidated damages on the audit-disclosed delinquencies, $239.91 in liquidated damages arising from untimely payments of fringe benefit contributions, $3,808.29 in interest on unpaid fringe benefit contributions as of this date, $340.75 in audit fees, and $1,357.25 in attorney's fees and $542.79 in expenses as of December 31, 2023.

3. Defendants have failed to plead or otherwise respond to the Complaint, the allegations of which are deemed admitted, and an Entry of Default has been entered against Defendants by the Clerk of the Court.

4. No Defendant is an infant, incompetent person or in the military service of the United States.

5. Defendants have stipulated to entry of a Default Judgment in the Consent to Entry of Default Judgment attached as Exhibit B.

WHEREFORE, Plaintiffs pray for entry of a Default Judgment in the form contained in Exhibit B.

2

        Respectfully submitted,

        s/Jeffrey M. Lesser
        Jeffrey M. Lesser (P33298)
        Attorney for Plaintiffs
        30300 Northwestern Highway, Suite 320
        Farmington Hills, Michigan  48334
        (248) 785-5225
        lesser@jeffreymlesser.com

Dated: February 7, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN STATE PAINTERS INSURANCE
FUND, TRUSTEES OF MICHIGAN STATE
PAINTERS INSURANCE FUND, PAINTERS
UNION LOCAL NO. 1052 PENSION TRUST
FUND, TRUSTEES OF PAINTERS UNION
LOCAL NO. 1052 PENSION TRUST FUND,
and INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, DISTRICT COUNCIL
1M,

Case No. 23-1191

Hon. Jane M. Beckering

        Plaintiffs,

v.

BONDHARD, L.L.C. and AUGUSTINE J.
ARREGUIN aka AJ ARREGUIN,

        Defendants.
_____/

**<u>BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT</u>**

Plaintiffs file their Motion for Default Judgment Against Defendants pursuant to Fed. R. Civ. P. 55(b)(2), which provides for application to the Court for a default judgment.

        Respectfully submitted,

        s/Jeffrey M. Lesser
        Jeffrey M. Lesser (P33298)
        Attorney for Plaintiffs
        30300 Northwestern Highway, Suite 320
        Farmington Hills, Michigan  48334
        (248) 785-5225

Dated:  February 7, 2024        lesser@jeffreymlesser.com

## Certificate of Service

    I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Date of Service: | |
| Served Upon: | |

and I hereby certify that I have mailed by United States Postal Service the document to the following:

| | |
|---|---|
| Date of Service: | February 7, 2024 |
| Served Upon: | BondHard, L.L.C.<br>P. O. Box 311<br>475 Washington Street<br>Sunfield, Michigan  48890<br><br>Augustine J. Arreguin<br>BondHard, L.L.C.<br>P. O. Box 311<br>475 Washington Street<br>Sunfield, Michigan  48890 |

    s/Jeffrey M. Lesser
    Jeffrey M. Lesser (P33298)
    Attorney for Plaintiffs
    30300 Northwestern Highway, Suite 320
    Farmington Hills, Michigan  48334
    (248) 785-5225
    lesser@jeffreymlesser.com